AO-91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __TEXAS__

United States District Court
Southern District of Texas
FILED
DEC -1 2010
Clerk of Court

UNITED STATES OF AMERICA
V.

1) Luis GONZALEZ, YOB: 1974, USC
2) Fernando LAREDO, Jr., 1988, USC
3) Rodolfo LAREDO, 1992, USC
4) Rolando A. RODRIGUEZ, 1987, USC
5) Gilda OVALLE-Castillo, 1984, USC
6) Maria GONZALEZ, 1982, LPR

## CRIMINAL COMPLAINT

Case Number: M-10-3103-M

I, the undersigned complainant state that the following is true and correct to the best of my

Knowledge and belief. On or about __November 30, 2010__ in __Hidalgo__ County, in
(Date)

the __Southern__ District of __Texas__ Defendant(s) did,

Knowingly and intentionally possess with intent to distribute approximately 1,773 kilograms (3,900 pounds) of Marijuana, a Schedule I controlled substance, and did knowingly and intentionally conspire to possess with intent to distribute approximately 1,773 kilograms (3,900 pounds) of Marijuana, a Schedule I controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__ .

I further state that I am a(n) __Special Agent__ And that this complaint is based on the
Official Title

following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

approved P.Rigney AUSA
12/1/10

_____
Signature of Complainant

Juan J. Flores, Jr., U.S. ICE Special Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

__December 1, 2010__                                          At        __McAllen, Texas__
Date                                                                               City and State

__Dorina Ramos, U.S. Magistrate Judge__                         _____
Name and Title of Judicial Officer                                        Signature of Judicial Officer

**Attachment "A"**

On November 30, 2010, U.S. Immigration and Customs Enforcement, Homeland Security Investigations (ICE HSI), McAllen, Texas conducted a consent search at a residence located at 517 Hunee Drive, San Juan, Texas. Upon attempting to conduct a consensual search of the residence, Agents observed a male subject, later identified as Luis Lauro GONZALEZ, JR., attempting to flee the residence by running south. During this time, Agents observed three other male subjects, later identified as Fernando LAREDO, Rodolfo LAREDO, and Rolando RODRIGUEZ, near the front of the residence along with as well as four female subjects, later identified as Maria GONZALEZ, Gilda OVALLE-Castillo, Brenda GONZALEZ, and Yurida MUNOZ.

After a brief foot pursuit, Agents detained GONZALEZ, JR. and secured the area for officer safety. Agents then obtained verbal and written consent to search the residence from Maria GONZALEZ, the legal occupant/renter of the residence. A search of the interior of the residence and the van revealed the presence of approximately 1,773 kilograms (3,900 pounds) of a green leafy substance consistent with the properties of marijuana as well as a small caliber handgun located in the southwest bedroom of the residence. The marijuana found in the van, as well as the marijuana located in the northeast bedroom of the house, had been packed in several cardboard boxes. The marijuana located in the southeast bedroom had not been packed in boxes at the time it was discovered. Furthermore, cellophane food wrap and grease buckets were located in the southeast bedroom as well. The marijuana, handgun, and all eight subjects were taken into custody and transported to the Pharr, Texas Police Department for questioning. During interviewing, the following information was obtained:

I. Special Agent (SA) J.S. Kicklighter and ICE Task Force Officer (TFO) Arnoldo Villarreal interviewed Gilda OVALLE-Castillo. OVALLE was read her Miranda rights and agreed and agreed to speak with SA Kicklighter and TFO Villarreal regarding the incident. OVALLE stated she and her minor son had been living at the residence with Maria GONZALEZ for approximately two weeks. Initially, OVALLE gave Agents several accounts of what she had observed in the residence over the past few days; however, OVALLE ultimately stated in the past two weeks, she had observed individuals taking marijuana out of the residence three to four times. OVALLE stated she observed the handgun in the closet of the southwest bedroom on November 28, 2010, but denied having knowledge of the handgun's owner. OVALLE also stated that Rolando RODRIGUEZ brought several cardboard boxes to the residence on November 29, 2010. OVALLE further stated Luis GONZALEZ, Jr. arrived at the residence shortly thereafter and delivered more cardboard boxes.

OVALLE also stated RODRIGUEZ came back to the residence on the morning of November 30, 2010, and OVALLE observed him carrying a white bucket with a black cover into the southeast bedroom. RODRIGUEZ then went outside and returned with three or four boxes of cellophane food wrap and took that to the southeast bedroom as well. Prior to the Agents' arrival, OVALLE stated Fernando LAREDO arrived at the residence in a white van. OVALLE

further stated RODRIGUEZ, Luis GONZALEZ, Rodolfo LAREDO, and Fernando LAREDO had been involved in packing the marijuana and moving it into the white van's cargo area. OVALLE also stated she and GONZALEZ traveled to Chicago, Illinois in September 2010 and twice to Indianapolis, Indiana in October and November to pick up between $15,000 and $20,000 dollars each for Luis Alberto GONZALEZ. They were paid between $600-$1000 each for each trip

II. SA Flores and Group Supervisor (GS) Robert L. Mossman interviewed Maria GONZALEZ. GONZALEZ was read her Miranda rights in Spanish and agreed to speak to SA Flores and GS Mossman regarding the incident. GONZALEZ stated she and OVALLE were hired approximately three weeks prior by her cousin Luis Alberto GONZALEZ to guard and oversee the storage of marijuana at 517 Hunee in exchange for payment of the rent, bills and occasional spending money at the residence. GONZALEZ informed Agents Luis GONZALEZ requested the rental of the property be put under her name. Maria GONZALEZ stated she and OVALLE would give access to the residence when marijuana needed to be stored at the house. She informed Agents both her and OVALLE were present on at least three to four prior occasions when marijuana was being stored, wrapped and moved in and out of the residence. GONZALEZ informed SA Flores on November 30, 2010 she witnessed Luis Lauro GONZALEZ, Fernando LAREDO, Rodolfo LAREDO and Rolando RODRIGUEZ at the residence wrapping, packing and loading boxes of marijuana into a white van. GONZALEZ also stated she and OVALLE traveled to Chicago, Illinois in September 2010 and twice to Indianapolis, Indiana in October and November to pick up between $15,000 and $20,000 dollars each for Luis Alberto GONZALEZ. They were paid between $600-$1000 each for each trip.

III. GS Mossman and TFO Joe Garza interviewed Rodolfo LAREDO. LAREDO was read his Miranda rights and agreed to speak to GS Mossman and TFO Garza regarding the incident. LAREDO stated he helped load the van with the boxes. LAREDO further stated Fernando LAREDO drove the white van to the residence and backed it up into the garage. LAREDO also stated Luis GONZALEZ had asked him to help load the boxes along with Rolando RODRIGUEZ. LAREDO further stated Fernando LAREDO and RODRIGUEZ were going to leave the residence in the van after it had been loaded. LAREDO also stated he was aware that he was helping to do something illegal involving narcotics because of his cousin's previous involvement with marijuana (Fernando LAREDO).

IV. SA J. Jupe and Pharr PD Investigator O. Avendano interviewed Brenda GONZALEZ. GONZALEZ was read her Miranda rights and agreed to speak to SA Jupe and Investigator Avendano regarding the incident. GONZALEZ stated that her sister Maria GONZALEZ and her sister's girlfriend Gilda OVALLE, lived at the residence. Brenda GONZALEZ stated that Fernando LAREDO drove a white van to the residence on November 30, 2010. Brenda GONZALEZ saw Fernando LAREDO, Rolando Alberto RODRIGUEZ aka "Penguino," and Rodolfo LAREDO aka "Flaco," meet with her brother Luis Lauro GONZALEZ inside the residence before loading the boxes into the van. Brenda GONZALEZ knew that there were

drugs inside the house. Brenda stated that the guys at the house would deal with the marijuana. Brenda stated that Luis GONZALEZ ran from the residence when Agents arrived because he knew there were drugs in the house. Brenda GONZALEZ was sure that Gilda OVALLE knew about the marijuana, and since she (Brenda) knew about the marijuana, assumed Maria GONZALEZ knew about the marijuana too. Brenda GONZALEZ stated that all four of the males detained at the house were involved in wrapping the marijuana.

V. SA Jupe and GS Mossman interviewed Rolando Alberto RODRIGUEZ. RODRIGUEZ was read his Miranda rights and agreed to speak with SA Jupe and GS Mossman regarding the incident. RODRIGUEZ stated he knew that he was being interviewed by Agents because of the marijuana at the residence. RODRIGUEZ stated he helped the other three guys load the marijuana into a van. RODRIGUEZ stated he was aware the drug involved was marijuana because the other guys told him. RODRIGUEZ stated that Fernando LAREDO arrived at the residence on November 30, 2010 with a white van.

VI. GS Mossman and TFO Garza interviewed Fernando LAREDO, Jr. LAREDO was read his Miranda rights and agreed to speak with GS Mossman and TFO Garza regarding the incident. However, LAREDO was uncooperative during the interview and failed to provide any pertinent information.

VII. GS Mossman and SA Flores interviewed Luis GONZALEZ. GONZALEZ was read his Miranda rights and stated he wished to speak with an attorney prior to questioning.

Assistant U.S. Attorney (AUSA) Patricia Rigney was contacted and provided with the facts of the case. AUSA Rigney accepted federal prosecution on Gilda OVALLE, Maria GONZALEZ, Rodolfo LAREDO, Rolando RODRIGUEZ, Fernando LAREDO, and Luis GONZALEZ.